No. 469.—MATOS, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, DISTRITO SEGUNDO, HON. M. RODRÍGUEZ SERRA, JUEZ, DEMANDADO. — *Certiorari.*   Enero 21, 1925.   Apareciendo de la contestación jurada del interventor a la petición de *certiorari* que la sentencia de desahucio fué ejecutada en diciembre 29, 1924 y que por tanto la cuestión resulta académica, y habiéndose admitido los hechos alegados en la referida contestación por el peticionario en el acto de la vista, *se declaró no haber lugar al auto.*

No. 3380.—LÓPEZ DÍAZ, APLTE.-APLDO., *v.* POSADA, APLDO.-APLTE.—C. D. San Juan, Distrito 2º.   Enero 21, 1925.

POR CUANTO el apelante dejó de radicar su alegato dentro del término concedido por el Reglamento de esta corte y no obtuvo prórroga para ello;

POR CUANTO el apelante durante cerca de seis meses después no hizo tentativa de radicar alegato y no lo radicó hasta después de ser notificado de una moción de desestimación;

POR CUANTO el apelante no compareció a informar en la vista de la moción de desestimación;

POR CUANTO un examen del alegato indica que la cuestión principal versa sobre la apreciación de la prueba;

POR CUANTO el pleito trata de un *injunction* para recobrar la posesión de una faja de terreno de que el apelante alega ser dueño, y dicho apelante no carece de otro remedio;

POR CUANTO el apelante, en su oposición a la moción de desestimación, no nos ha convencido de que la apelación sea meritoria;

POR TANTO, *debe desestimarse la apelación.*